Matter of Black v Black & Calabrese Interior Resource Co., LLC (2024 NY Slip Op 03592)

Matter of Black v Black & Calabrese Interior Resource Co., LLC

2024 NY Slip Op 03592

Decided on July 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, DELCONTE, AND KEANE, JJ.

226 CA 23-00490

[*1]IN THE MATTER OF DOUGLAS W. BLACK, PETITIONER-APPELLANT,
v
BLACK AND CALABRESE INTERIOR RESOURCE COMPANY, LLC, AND DOUGLAS CALABRESE, RESPONDENTS-RESPONDENTS. (APPEAL NO. 2.)

REFERMAN & DANIEL PLLC, ROCHESTER (JOHN T. REFERMAT OF COUNSEL), FOR PETITIONER-APPELLANT.

Appeal from an order of the Supreme Court, Monroe County (John J. Ark, J.), entered November 22, 2022. The order, inter alia, awarded petitioner $137,172.44 against respondent Black and Calabrese Interior Resource Company, LLC. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Hughes v Nussbaumer, Clarke & Velzy , 140 AD2d 988, 988 [4th Dept 1988]; Chase Manhattan Bank, N.A. v Roberts & Roberts , 63 AD2d 566, 567 [1st Dept 1978]; see also CPLR 5501 [a] [1]).
Entered: July 3, 2024
Ann Dillon Flynn
Clerk of the Court